IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**VICKEY D. EVANS**                                                                                       **PLAINTIFF**

v.                                                             CAUSE NO. 1:23CV133-LG-RPM

**STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY and SAFECO
INSURANCE COMPANY ILLINOIS**                          **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

**BEFORE THE COURT** is the [18] Motion to Dismiss without Prejudice filed by Plaintiff Vickey D. Evans pursuant to Fed. R. Civ. P. 41(a)(2). Defendants State Farm Mutual Automobile Insurance Company and Safeco Insurance Company of Illinois do not oppose the Motion. Given that all parties are in agreement and the requirements of Fed. R. Civ. P. 41(a)(2) have been satisfied, the Court finds that the Motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [18] Motion to Dismiss filed by Plaintiff Vickey D. Evans is **GRANTED**. This lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2023.

                                                                        s/ *Louis Guirola, Jr.*
                                                                        Louis Guirola, Jr.
                                                                        United States District Judge