# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**VICKEY D. EVANS**                                                  **PLAINTIFF**

**v.**                                          **CAUSE NO. 1:23CV133-LG-RPM**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**
**COMPANY and SAFECO**
**INSURANCE COMPANY ILLINOIS**                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order entered herewith, the Court finds that this lawsuit should be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 6th day of November, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge